DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPIH OAKLAND PARK, LLC,**
Appellant,

v.

**CITY OF OAKLAND PARK, FLORIDA,**
Appellee.

No. 4D18-1555

[February 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 17-22736 CACE (18).

Paul S. Figg, Mitchell Berger and Alejandro M. Miyar of Berger Singerman LLP, Fort Lauderdale, for appellant.

Michael T. Burke of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale; and Donald J. Doody of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***